IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his individual and official capacity as President of the United States; MITCH MCCONNELL, in his individual and official capacity as a Senator and Sponsor of S. 3548 CARES Act; NANCY PELOSI, in her individual and official capacity as Speaker for the U.S. House of Representatives; CHARLES SCHUMER, in his individual and official capacity as a Senator and U.S. Senate Minority Leader; STEVEN MNUCHIN, in his individual and official capacity as the Acting Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his individual and official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:20-cv-00704 |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

NOW COME Plaintiffs, JANE DOES, individually and on behalf of others similarly situated, and Defendant, THE UNITED STATES OF AMERICA, by and through their respective counsel, and for this Joint Stipulation and Order for Extension of Time, state as follows:

WHEREAS, on June 30, 2020, Counsel for Defendant filed its Motion to Dismiss or in the Alternative to Stay this Action;

WHEREAS, pursuant to Civil Local Rule 7, the Non-Moving Party's Response was to be filed on or before July 21, 2020, and the Reply to be filed on or before August 4, 2020;

WHEREAS, Counsel for Plaintiffs have requested an extension to file their Response and Defense Counsel agrees to the extension.

1

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs' Response is to be filed on or before August 14, 2020.

2. Defendant's Reply is to be filed on or before August 28, 2020.

Dated: July 21, 2020

By: /s/ *Thomas J. Nitschke*
THOMAS J. NITSCHKE
WI Bar No. 1023258
Blaise & Nitschke, P.C.
123 N. Wacker Drive, Suite 250
Chicago, Illinois 60606
T: (312) 448-6602
F: (312) 803-1940
tjnitschke@blaisenitschkelaw.com
*Attorney for Plaintiffs*

By: /s/ *Charles P. Hurley*
CHARLES P. HURLEY
Washington, D.C. Bar No. 490793
Trial Attorneys Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-6717
Charles.P.Hurley@usdoj.gov
*Attorney for the United States*

IT IS SO ORDERED

DATE: _____

District Judge J. P. Stadtmueller

Prepared by:
**Blaise and Nitschke, P.C.**
123 N. Wacker, Suite 250
Chicago, IL 60606
T: (312) 448-6602
F: (312) 803-1940
tjnitschke@blaisenitschkelaw.com
WI Bar No. 1023258